27 F.3d 572
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that no party may cite an opinion not intended for publication unless the cases are related by identity between the parties or the causes of action.
Farshad KHAMENEI, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
 No. 93-3476.
 United States Court of Appeals,
Eighth Circuit.
 Submitted: June 14, 1994.
Filed: June 22, 1994.
 
 Before FAGG and BEAM, Circuit Judges, and BOGUE,* Senior District Judge.
 PER CURIAM.
 
 
 1
 Based on the record before us, we find no error that would require reversal. Accordingly, we affirm. See 8th Cir. R. 47B.
 
 
 
 *
 The HONORABLE ANDREW W. BOGUE, Senior United States District Judge for the District of South Dakota, sitting by designation